UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:

THOMAS H. LAWS,    Case No. 19-11629-t11

    Debtor.

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Moses, Dunn, Farmer & Tuthill, P.C. (Shay Elizabeth Meagle and Karla K. Poe) hereby enters an appearance as counsel for Santa Fe Gold Corporation, a creditor and party in interest in this case. Counsel requests that all documents, pleadings, notices and other filings in this case be sent to counsel follows:

    Shay Elizabeth Meagle
    Karla K. Poe
    Moses, Dunn, Farmer & Tuthill, P.C.
    P.O. Box 27047
    Albuquerque, NM  87125-7047
    Telephone: (505) 843-9440
    Email:  shay@moseslaw.com
        karla@moseslaw.com

        Respectfully submitted,

        **MOSES, DUNN, FARMER & TUTHILL, P.C.**

        By: */s/ Shay Elizabeth Meagle*
        Shay Elizabeth Meagle
        Karla K. Poe
        PO Box 27047
        Albuquerque NM 87125-7047
        (505) 843-9440
        Email: shay@moseslaw.com
            karla@moseslaw.com
        *Attorneys for Santa Fe Gold Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, the foregoing was electronically filed with the Court using the CM/ECF system, which will cause notification and a true and correct copy of the foregoing to be sent to all parties of interest and/or counsel participating in the CM/ECF system.

        **MOSES, DUNN, FARMER & TUTHILL, P.C.**
        By: */s/ Shay E. Meagle*
        Shay E. Meagle